454

21 A.3d 680

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jeffrey S. CRUTTENDEN, Respondent.**

**Commonwealth of Pennsylvania, Petitioner.**

**Stephen V. Lanier, Respondent.**

Supreme Court of Pennsylvania.

June 16, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of June, 2011, the Petition for Allowance of Appeal i: GRANTED. The issue, as presented by Petitioner, is:

> Does a police officer violate the Wiretap Act by pretending to be an accomplice and communicating directly with a suspect by text messaging?